ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| ACADEMI Training Center LLC | ) ASBCA Nos. 61977, 62296 |
| | ) |
| Under Contract No. W9113M-07-D-0005 | ) |

APPEARANCES FOR THE APPELLANT:     Paul E. Pompeo, Esq.
                                   Amanda Sherwood, Esq.
                                     Arnold & Porter Kay Scholer LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                   Robert B. Neill, Esq.
                                   CPT Richard Hagner, JA
                                     Trial Attorneys

ORDER OF DISMISSAL

Per the parties' joint motion dated March 31, 2021, the disputes have been settled. The appeals are dismissed with prejudice.

Dated: April 2, 2021

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61977, 62296, Appeals of ACADEMI Training Center LLC, rendered in conformance with the Board's Charter.

Dated: April 2, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals